IKE BROWER and Others, Doing Business as SOUTH SHORE DAIRY FARMS, Respondents, v. ERNEST SEVIER, Appellant.— In an action to recover damages for breach of contract, order denying defendant's motion to change the place of trial from Suffolk county to Onondaga county reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. The action is transitory and should be tried in the county where the contract was made; and it appears that a large number of material witnesses reside in Onondaga county. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

VITO D'ALESSANDRO, Respondent, v. RUBSAM & HORRMANN BREWING COMPANY, Appellant.— Action to recover damages for breach of an alleged oral contract of employment. Order denying defendant's motion to dismiss the complaint on the ground that it fails to state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

HAROLD S. HORTON, Respondent, v. MILDRED S. HORTON, Appellant.— Appeal from order in so far as it modifies a final judgment of divorce in respect of the amount of alimony to be paid to the wife by the plaintiff husband. Order, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of The Foreclosure of Tax Liens Pursuant to Article VII-A, Title 3, of the Tax Law by City of New Rochelle with Respect to Serial Nos. 203, 206, 226, 232, 233, 624, 680, 748, 883, Respectively. CITY OF NEW ROCHELLE, Respondent, v. ALICE SEACORD, as Sole Surviving Executrix of and Trustee under the Last Will and Testament of CHARLES G. BANKS, Deceased, Appellant.— Order of the County Court of Westchester County dated March 25, 1942, as amended by order dated April 14, 1942, striking out the defense contained in paragraph " second " of defendant's answer as insufficient in law, affirmed, with ten dollars costs and disbursements. (*City of Utica* v. *Proite*, 288 N. Y. 477.) Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.